

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00573-CV

Christopher **CASALS** and Eric Jones,
Appellants/Cross-Appellees

v.

**CITY OF SAN ANTONIO**, Mayor Julian Castro, in his official capacity,
and Fire Chief Charles N. Hood,
Appellees/Cross-Appellants

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-18854
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the Joint Motion to Dismiss Appeals is GRANTED, and this appeal and cross-appeal are DISMISSED. Costs of appeal are taxed against the parties who incurred them.

SIGNED December 17, 2014.

_____
Catherine Stone, Chief Justice